IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02608-WYD-CBS

ANGELA WEISHOFF,

    Plaintiff,

v.

MICHAEL ARNOLD, in his official and individual capacities;
C&D ENTERPRISES, INC., d/b/a C&D SECURITY; and
SHERIFF DAVID C. WALCHER, in his official capacity,

    Defendants.

## ORDER OF ADMINISTRATIVE CLOSURE

THIS MATTER is before the Court on the Unopposed Motion to Stay Proceedings (ECF No. 35), filed February 25, 2015.  In the motion, the parties indicate that they have reached a settlement of the Plaintiff's claims, which will result in a stipulated dismissal of this action.  However, "[p]rior to executing the settlement agreement, a temporary conservator must be appointed to act on Plaintiff's behalf and obtain approval of the settlement from the state probate court.  These proceedings are currently underway."  (Mot. at 1).  Thus, Plaintiff requests a stay of this case while the "collateral state court proceedings are pending."  (Mot. at 2).

After carefully reviewing the file in this matter, I find that relief is warranted for good cause shown by the parties.  However, to the extent that the parties request a stay, that request is denied.  In lieu of a stay, the case will be administratively closed pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.

Accordingly, it is

ORDERED that the Unopposed Motion to Stay Proceedings (ECF No. 35), filed February 25, 2015, is **DENIED IN PART AND GRANTED IN PART**.  The motion is denied to the extent it requests a stay of the proceedings.  The motion is granted in that this case will be administratively closed pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.  It is

FURTHER ORDERED that since the length of the collateral state court proceedings described in the motion is uncertain, I find that this case should be administratively closed pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.  In furtherance of the administrative closure, the parties are ordered to either submit dismissal documents or a joint status report with the Court not later than **Monday, August 24, 2015.**  Based upon the parties' filing, the Court will determine the appropriate course of action.  It is

FURTHER ORDERED that in light of the administrative closure of this matter, the Defendants' motions to dismiss (ECF No. 21 and ECF No. 22) are **DENIED WITHOUT PREJUDICE**.

Dated: March 2, 2015

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior United States District Judge