IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02608-WYD-CBS

ANGLEA WEISHOFF,

    Plaintiff,

v.

MICHAEL ARNOLD, in his official and individual capacities;
C&D ENTERPRISES, INC., d/b/a C&D SECURITY; and
SHERIFF DAVID C. WALCHER, in his official and individual capacities,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulation for Dismissal With Prejudice (ECF No. 41).   After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a) and the case should be dismissed with prejudice, each party to bear its own costs.   Accordingly, it is

ORDERED that the Stipulation for Dismissal With Prejudice (ECF No. 41) is **APPROVED.**   This matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Dated:   October 21, 2015

BY THE COURT:

*s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE