IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02608-WYD-CBS

ANGELA WEISHOFF,

    Plaintiff,

v.

MICHAEL ARNOLD, in his official and individual capacities;
C&D ENTERPRISES, INC., d/b/a C&D SECURITY; and
SHERIFF DAVID C. WALCHER, in his official and individual capacities,

    Defendants.

## ORDER GRANTING DISMISSAL OF ALL CLAIMS WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulation for Dismissal with Prejudice of the remaining claims in the present case. This Court previously dismissed the claims against Defendant Walcher on October 21, 2015. After carefully reviewing the file in this matter, the Court finds that the stipulation dismissing the claims against Defendants Michael Arnold and C&D Enterprises, Inc., d/b/a C&D Security, should be dismissed with prejudice with each party to bear its own attorney fees and costs. Accordingly, it is hereby

ORDERED that the Stipulation for Dismissal with Prejudice [ECF Doc. No. 43], filed November 20, 2015, is **GRANTED.**  It is further

ORDERED that this matter, in its entirety, is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

Dated: November 20, 2015

BY THE COURT:


*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE